# Third District Court of Appeal

## State of Florida

Opinion filed July 3, 2024.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D24-0016
Lower Tribunal No. 18-5597-CP-02
_____

**Sharon Zuckerman,**
Appellant,

vs.

**Susan Zuckerman, etc.,**
Appellee.

An Appeal under Florida Rule of Appellate Procedure 9.315(a) from the Circuit Court for Miami-Dade County, Jorge E. Cueto, Judge.

Sharon Zuckerman, in proper person.

Peter A. Cohen P.A., and Peter A. Cohen, for appellee.

Before LOGUE, C.J., and FERNANDEZ and LOBREE, JJ.

PER CURIAM.

Affirmed.